IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT MICHAEL GEORGE DANIELS,<br><br>Defendant. | CR 20–46–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 28.) Defendant Scott Michael George Daniels has been adjudged guilty as to Count I of the Indictment. (Doc. 30.) Mr. Daniels has also admitted the forfeiture allegation contained within the Indictment. (Doc. 27 at 1–2.) Mr. Daniels' plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. §§ 853(a)(1) and (2) and 881.

Accordingly, IT IS ORDERED that the United States' motion (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that Mr. Daniels' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 21 U.S.C. §§ 853(a)(1) and (2) and 881:

1

- HS Produkt imported by Springfield Armory, Model XD9, 9mm pistol, SN GM745605

- Winchester Model 72 .22 caliber Rifle, no SN visible

- Bul Transmark Desert Eagle 1911G .45 caliber Pistol, SN G020934

- DPMS Panther Arms Model A-15 .223 caliber rifle, SN FH15857

- Russian Mosin Nagat 762x54 Rifle, SN M41166

- Benelli Arms 12 Gauge shotgun, SN Z395033

- Ruger Model 10-22 Carbine, .22 LR caliber rifle, SN 115-76864

- Romarm/Cugir (Romania) GP/WASR-10/63 7.62x39 caliber rifle, SN 1971

- Krial, imported by Tri Star NKC MO, KRX 12 Gauge Shotgun, SN KRX002152

- ABA Body Armor

IT IS FURTHER ORDERED that the United States Marshal's Service, the Federal Bureau of Investigation, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. §§ 853(a)(1) and (2) and 881 and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture upon motion of the United States.

DATED this 5th day of February, 2021.

_____
Dana L. Christensen, District Judge
United States District Court